

NUMBER 13-15-00454-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

HAYWOOD WI UNITS, LTD.,                                    Appellant,

v.

B&S DUNAGAN INVESTMENTS, LTD, ET AL,                       Appellees.

---

On appeal from the 253rd District Court
of Liberty County, Texas.

---

# ORDER OF ABATEMENT

### Before Chief Justice Valdez and Justices Rodriguez and Perkes
### Order Per Curiam

Appellant, Haywood WI Units, Ltd., has appealed a final judgment entered by the

253rd District Court of Liberty County.[1]   The final judgment in the clerk's record contains

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals in Beaumont pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

a file-stamp by the district court clerk dated August 10, 2015, but does not reflect the date the judgment was signed.

A party's deadline for filing a notice of appeal is computed from the date the judgment or other appealable order was signed.   *See* TEX. R. APP. P. 26.1.   Although it appears the parties believe the final judgment was signed on August 10, 2015, it is unclear from the record.   Accordingly, we abate the appeal to the trial court for a determination of the date the judgment was signed and for the trial court to issue findings of fact and conclusions of law.   This document should be forwarded to the Clerk of this Court in a supplemental record within twenty-one days from the date of this order.

It is so ordered.

PER CURIAM

Delivered and filed
this the 6th day of November, 2015.